# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-50343
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
October 24, 2017

Lyle W. Cayce
Clerk

NEVAREZ LAW FIRM, P.C.,

　　　　Plaintiff - Appellant

MICHAEL R. NEVAREZ

　　　　Intervenor

v.

J. L. R., A Minor; JOSE LUIS ROJAS, also known as Jose Rojas, also known as Jose Rodriguez, also known as Jose Luis Rodriguez, also known as Jose L. Rojas; ARTEMIO JAYME; VIVIANA JAYME; MARCO AURELIO JAYME; M. J., A Minor; G. J., A Minor; TATIANA JAYME,

　　　　Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3-15-CV-297

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

## No. 17-50343

The court has carefully considered this appeal in light of the briefs, oral argument, and pertinent portions of the record.  Having done so, we find no error of law or reversible error of fact.  The district court's judgment is **AFFIRMED** for essentially the same reasons articulated by that court.

Motion to supplement the record **DENIED**.